UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BORDELON MARINE, INC.** | * | |
| | * | **CIVIL ACTION NO.:** |
| **VERSUS** | * | |
| | * | **JUDGE** |
| **ENERGY XXI GOM, LLC** | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * **

## COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Bordelon Marine, Inc. ("Bordelon Marine"), and for its Complaint against defendant, Energy XXI GOM, LLC ("Energy XXI"), avers upon information and belief as follows:

### I.

At all material times herein, Bordelon Marine was and is a corporation organized and existing under the laws of the State of Louisiana, the owner and operator of the M/V CONNOR BORDELON.

### II.

At all material times herein, Energy XXI was an is a foreign limited liability company organized and existing under the laws of a state other than Louisiana and the owner and operator of a platform identified as South Timbalier 27 1A Platform.

### III.

This matter arises under the Court's Diversity Jurisdiction, 28 U.S.C. §1332 and Admiralty and Maritime Jurisdiction, 28 U.S.C. §1333.

IV.

As the owner and operator of the platform designated as South Timbalier 27 1A Platform, Energy XXI had a legal duty and obligation to maintain it according to all Federal Rules and Regulations.

V.

On or about January 23, 2015, while encountering rain squalls, the M/V CONNOR BORDELON was en route to Fourchon, Louisiana, transiting through an area commonly referred to as the Rabbit Field when it allided with the platform designated as South Timbalier 27 1A Platform, which platform is owned and operated by Energy XXI.

VI.

At the time of the allision involved herein, the platform designated as South Timbalier 27 1A Platform, was not in compliance with all Federal Rules and Regulations regarding such platforms as it was improperly marked and improperly lit.

VII.

Energy XXI's failure to comply with Federal Rules and Regulations regarding platform designated as South Timbalier 27 1A Platform was the cause of the allision involved herein.

VIII.

As a result of the allision, the M/V CONNOR BORDELON sustained physical damage to its hull which necessitated the vessel being laid up for repairs and will necessitate further repairs in the future.  Additionally, Bordelon Marine sustained economic losses in the form of loss of use of the M/V CONNOR BORDELON during the time that it was laid up for repairs.  Finally, Bordelon Marine may sustain losses in the way of claims for personal injuries in connection with the allision.

**IX.**

Bordelon Marine is entitled to recover from Energy XXI its costs to repair the M/V CONNOR BORDELON; its economic losses in connection with the repairs to the M/V CONNOR BORDELON; and, any amounts that it may pay in judgments in connection with personal injuries sustained as a result of the allision.

**X.**

**WHEREFORE**, Bordelon Marine, Inc. prays that its Complaint be deemed good and sufficient and after due proceedings had, there be judgment herein in its favor and against Energy XXI, LLC for damages as prayed for herein, and for all other relief as this Court deems appropriate and is competent to grant.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, LLC**


_____*/s/ Robert S. Reich*_____
**ROBERT S. REICH, T.A. (#11163)**
**LAWRENCE R. PLUNKETT, JR. (#19739)**
Two Lakeway, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Tel: (504) 830-3999/Fax: (504) 830-3950
Email – rreich@rapllclaw.com
          lplunkett@rapllclaw.com
**Attorneys for Bordelon Marine, Inc.**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 13th day of March 2015.

                                            _____/s/ Robert S. Reich_____