UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BORDELON MARINE, INC.** | * | |
| | * | **CIVIL ACTION NO.: 15-0815** |
| **VERSUS** | * | |
| | * | **JUDGE MARY ANN VIAL LEMMON** |
| **ENERGY XXI GOM, LLC** | * | **SECTION "S"** |
| | * | |
| | * | **MAG. JUDGE SALLY SHUSHAN** |
| | * | **DIVISION (1)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

**MOTION FOR PARTIAL SUMMARY
JUDGMENT ON BEHALF OF BORDELON MARINE, INC.**

**NOW INTO COURT**, though undersigned counsel comes Bordelon Marine, Inc. ("Bordelon") who, pursuant to Rule 56(a) – (c) of the Federal Rules of Civil Procedure, moves this Court for an Order granting a Partial Summary Judgment, dismissing with prejudice the claims of Energy XXI for consequential damages and "Lost Reserves" and limiting the claims of Energy XXI for property loss, as is set forth hereinafter.

Bordelon is entitled to partial summary judgment in its favor for the reasons set forth in the Statement of Uncontested Facts, the Affidavit, and pleadings on file, and fully articulated in its Memorandum in Support of Motion for Partial Summary Judgment, which shows that there are no genuine issues of material fact and the claims of Energy XXI for "Lost Revenue" must be dismissed with prejudice; and any claims for property damages for the loss of Platform 27 1A are limited to no more than $4,105,000, less depreciation, and only so far as such damages are proven with

1

reasonable certainty at the trial of this case.

        Respectfully submitted,

        **REICH, ALBUM & PLUNKETT, L.L.C.**

        */s/ Robert S. Reich*
        **ROBERT S. REICH, T.A. (#11163)**
        **LAWRENCE R. PLUNKETT, JR. (#19739)**
        **MARVA JO WYATT (#18052)**
        Two Lakeway, Suite 1000
        3850 N. Causeway Blvd.
        Metairie, Louisiana 70002
        Telephone: (504) 830-3999
        Facsimile: (504) 830-3950
        Emails: rreich@rapllclaw.com
                lplunkett@rapllclaw.com
                mwyatt@rapllclaw.com
        *Attorneys for Bordelon Marine, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel of record who are authorized to receive electronic service on this 26th day of February, 2016.

        */s/ Robert S. Reich*
        **ROBERT S. REICH**