## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BORDELON MARINE, INC.** | * | |
| | * | **CIVIL ACTION NO.: 15-0815** |
| **VERSUS** | * | |
| | * | **JUDGE MARY ANN VIAL LEMMON** |
| **ENERGY XXI GOM, LLC** | * | **SECTION "S"** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS VAN MEERVELD** |
| | * | **DIVISION (1)** |

* * * * * * * * * * * * * * * * * * * * * * **

## ORDER ON MOTION IN LIMINE TO EXCLUDE TESTIMONY WHICH CITES, QUOTES OR RELIES ON NATIONAL TRANSPORTATION SAFETY BOARD'S MARINE ACCIDENT BRIEF

Pending before the Court is Bordelon Marine, Inc.'s Motion in Limine (the "Motion") to exclude the National Transportation Safety Board's Marine Accident Brief from evidence at the trial and contemporaneously therewith the Motion to Exclude any testimony, including but not limited to that of David Scruton, which cites, quotes or relies on the National Transportation Safety Board's Marine Accident Brief. Having considered the briefing, argument of counsel, and the applicable law, the Court finds that the Motion to Exclude any testimony which cites, quotes, or relies on the National Transportation Safety Board's Marine Accident Brief should be **GRANTED**.

**IT IS HEREBY ORDERED** that Bordelon Marine Inc.'s Motion is **GRANTED**, and neither David Scruton nor any other witness may cite, quote or rely on the the National Transportation Safety Board's Marine Accident Report at the trial.

New Orleans, Louisiana this _____ day of _____, 2018.

_____

HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT COURT JUDGE