UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BORDELON MARINE, INC.** | * | |
| | * | **CIVIL ACTION NO.: 15-0815** |
| **VERSUS** | * | |
| | * | **JUDGE MARY ANN VIAL LEMMON** |
| **ENERGY XXI GOM, LLC** | * | **SECTION "S"** |
| | * | |
| | * | **MAGISTRATE JUDGE** |
| | * | **JANIS VAN MEERVELD** |
| | * | **DIVISION (1)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## ORDER ON MOTION IN LIMINE TO EXCLUDE
## HEARSAY WITNESS INTERVIEWS BY NATIONAL TRANSPORTATION SAFETY BOARD [REC. 142-17]

Pending before the Court is Bordelon Marine, Inc.'s Motion in Limine (the "Motion") to exclude the National Transportation Safety Board's Witness Interview of Greg Mott, and any other non-party witness interview of any witness not appearing at trial. Having considered the briefing, argument of counsel, and the applicable law, the Court finds that the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that Bordelon Marine Inc.'s Motion is **GRANTED**, and the National Transportation Safety Board's Witness Interview of Greg Mott is excluded from evidence in evidence. Also excluded from evidence in this matter is any witness interview of any other non-party witness not appearing at trial.

New Orleans, Louisiana this _____ day of _____, 2018.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT COURT JUDGE