UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BORDELON MARINE, INC. | § § § | |
| *Plaintiff/Counter-Defendant* | § § | |
| v. | § § | |
| ENERGY XXI GOM, LLC | § § § | CIVIL ACTION NO. 2:15-CV-00815<br>Hon. Mary Ann Vial Lemmon |
| *Defendant/Counter-Plaintiff* | § § § | |

# ORDER DENYING MOTION IN LIMINE SEEKING TO EXCLUDE NTSB WITNESS INTERVIEWS

The Court, having reviewed Bordelon Marine, Inc.'s Motion in Limine to exclude NTSB interviews [Dkt 154], Energy XXI GOM, LLC's Response in Opposition thereto, and replies and arguments of counsel, as well as any other matter properly before the Court, if any, is of the opinion the Motion is without merit and should be denied. Accordingly, it is hereby

**ORDERED** that Bordelon Marine, Inc.'s Motion in Limine [Dkt 154] is DENIED in its entirety.

All relief not specifically granted herein is DENIED.

SIGNED and ENTERED on this the _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE